AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

FILED

AUG - 5 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
| v. | |
| RUBEN GARCIA-CHAVARRIA | CASE NUMBER: 08CR2556 H |

I, __RUBEN GARCIA-CHAVARRIA__, the above named defendant, who is accused of committing the following offense:

Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __8/05/08__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Ruben Garcia Ch._
Defendant

_Mary J. Franklin_
Counsel for Defendant

Before _W McCurine Jr._
Judicial Officer